| Date | Pleading Number | |
|---|---|---|
| 9/4/74 | 1. | MOTION -- by Beatrice Foods Co. w/supporting brief, exhibits of the complaints of each of the seven actions for which Section 1407 treatment is requested and a proof of service. REQUESTED TRANSFEREE FORUM:  N.D. ILLINOIS |
| 9/4/74 | 2. | MOTION -- by Bemis Mfg. Co. w/Memorandum in Support of Motion and exhibits consisting of complaints in each of the seven actions in which Section 1407 treatment has been requested. Proof of service attached. REQUESTED TRANSFEREE FORUM:  E.D. MICHIGAN |
| 9/9/74 | 3 | MOTION-- by Olsonite Corp. w/ supporting brief, exhibits of the complaints of each of the seven actions for which Section 1407 treatment is requested and proof of service REQUESTED TRANSFEREE FORUM:  Eastern District of Michigan |
| 9/17/74 | | REQUEST FOR EXTENSION OF TIME -- Plaintiff Yorkshire Apartments Company -- GRANTED TO ALL to and including OCTOBER 3, 1974 Notified counsel |
| 9/18/74 | 4 | RESPONSE -- Muskovitz & Pershin & Sons Inc.-w/cert. of service |
| 9/18/74 | 5 | RESPONSE -- ARTHUR A. KOBER CO., INC., ELDON CONST. CO. AND LESSNER & CO., INC. -- w/cert. of service |
| 9/18/74 | 6 | RESPONSE -- ROBINO-LADD, NADOLNA BROS, S & L ENGINEERING & HARVEY LUMBER CO. response to motion w/cert. of service |
| 9/23/74 | 7 | RESPONSE -- OLSONITE CORP. reply brief to Illinois plaintiffs joint response w/cert. of service |
| 9/30/74 | 8 | RESPONSE -- REPLY MEMO OF PLAINTIFFS YORKSHIRE APT. CO. w/cert. of service |
| 10/3/74 | 9 | RESPONSE -- STANDARD TANK & SEAT CO  w/memo and service |
| 10/3/74 | 10 | RESPONSE -- (REPLY ) BEATRICE FOODS CO w/cert. of service |
| 10/7/74 | 11 | REPLY -- Plaintiffs Robino-Ladd Co., Nadolna Bros, S & L Engineering and Harvey Lumber Co. to Olsonite Corp. response w/cert. of service |
| 10/30/74 | | HEARING ORDER  Setting A-1 through A-7 for hearing, Nov. 22, 1974 Washington, D. C. |
| 1/17/75 | | CONSENT OF TRANSFEREE COURT for Judge Damon J. Keith to handle litigation in the E.D. Michigan pursuant to 28, U.S.C. §1407 |
| 1/17/75 | | OPINION AND ORDER -- transferring A-1 through A-7 to the E.D. Michigan for coordinated or consolidated pretrial proceedings before Judge Damon J. Keith |
| 1/23/75 | | CTO FILED  (B-1) -- Crystal Apts., Inc., et al. v. Beatric Foods Co., et al. (D. Mass., CA No. 75-23-B.  Notified Counsel and Involved Judges. |
| 2/10/75 | | CRYSTAL APTS., INC. V. BEATRICE FOODS, D. MASS, 75-23-B  CTO final today.  Notified  transferee clerk, judge, transferor clerk, judge |
| 9/3/76 | | B-2 ROBERT W. DAVIS, ET AL. V. BEATRICE FOODS, ET AL., N.D.CAL  C76-1589-RHS -- CTO filed today.  Notified counsel, involved judges |
| 9/20/76 | | B-2  ROBERT W. DAVIS, ET AL. V. BEATRICE FOODS, ET AL., N.D.CALIF  C76-1589-RHS -- CTO FINAL TODAY.  Notified clerks, involved judges |

DOCKET NO. 184   --   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*Closed*

## Description of Litigation

IN RE TOILET SEAT ANTITRUST LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s)  11/22/74 _____ _____ _____ _____

Date(s) of Opinion(s) or Order(s)  1/17/75 _____ _____ _____

Consolidation Ordered  xx          Name of Transferee Judge  DAMON J. KEITH

Consolidation Denied  ____          Transferee District  E.D. MICHIGAN

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | The Robino-Ladd Co., et al. v. Beatrice Foods Co., et al. | N.D.Ill. Austin | 74 C 1860 | 1/17/75 | 75-70122 | 8/24/77 | Motion of Beatrice Foods 9/4/74 |
| A-2 | Nadolna Bros. Co., et al. v. Beatrice Foods Co., et al. | N.D.Ill. Austin | 74 C 1891 | 1/17/75 | 75-70121 | 8/24/77 | " |
| A-3 | S & L Engineering Co., et al. v. Beatrice Foods Co., et al. | N.D.Ill. Austin | 74 C 1917 | 1/17/75 | 75-70123 | 8/24/77 | " |
| A-4 | Harvey Lumber Co., et al. v. Beatrice Foods Co., et al. | N.D.Ill. Austin | 74 C 2008 | 1/17/75 | 75-70120 | 9/22/78 | Trans. r40'd to N.D. Ill. |
| A-5 | Yorkshire Apartment Co., et al. v. Beatrice Foods Co., et al. | D.C. Flannery | 74-1100 | 1/17/75 | 75-70125 | 8/8/75 | " |
| A-6 | Arthur A. Kober Co., Inc., et al. v. Beatrice Foods Co., et al. | E.D. Pa. McGlynn | 74-2084 | 1/17/75 | 75-70124 | 8/24/77 | " |
| A-7 | Muskovitz & Pershin & Sons, Inc., et al. v. Olsonite, et al. | E.D.Mich. Freeman Keith | 4-72280 | | | 8/24/77 | " |

DOCKET NO. 184 (CONTINUED)

PAGE 2-

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-1 | Crystal Apartments, Inc., et al. v. Beatrice Foods Co., et al. *1/23/75* | D. Mass Skinner | 75-23-S | 2/10/75 | 75-70448 | 8/24/77 | |
| XYZ-1 | Marlette Homes, Inc. v. Beatrice Foods, Co., et al. | E.D. Mich | 75-72558 | | | 8/24/77 | |
| B-2 | Robert W. Davis, et al. v. Beatrice Foods, et al. *9/3/76* | N.D.Cal | C76-1589-RHS | 9/20/76 | 76-72117 | 8/24/77 | |
| XYZ-2 | Hardware Center, Inc. v. Beatrice Foods, et al. | E.D.Mich | 771907 | | | 7/6/78 | |

CERTIFIED CORRECT
JULY 1976

July 1977
Certified

July 1978 — 8 TR / 3 XYZ / 9 DIS / 2 Pdg.
July 1979 - Closed

p. _____

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION


DOCKET NO. _184_ -- _IN RE TOILET SEAT ANTITRUST LITIGATION_ _____

_____

| Plaintiff | Defendant |
|---|---|
| THE ROBINO-LADD CO., ET AL.   (A-1) | BEATRICE FOODS CO. |
| John Edward Burke, Esquire | JOHN A. CORRY |
| Ross, Hardies, O'Keefe, Babcock | John W. Stack, Esquire |
| & Parsons | Winston & Strawn |
| One IBM Plaza, Suite 3100 | One First National Plaza |
| Chicago, Illinois  60611 | Chicago, Illinois  60670 |
| | |
| NADOLNA BROS. CO., ET AL. (A-2) | STANDARD TANK & SEAT CO. |
| Perry Goldberg, Esquire | Miles W. Kirkpatrick, Esquire |
| Specks & Goldberg, Ltd. | Morgan, Lewis & Bockius |
| 120 S. LaSalle St., Suite 820 | 2100 The Fidelity Building |
| Chicago, Illinois  60603 | 123 South Broad Street |
| | Philadelphia, Pennsylvania  19109 |
| S & L NEGINEERING CO., ET AL. (A-3) | |
| Jerome S. Wald, Esquire | BEMIS MANUFACTURING CO. |
| Schein, Askounis, Stavins & Wald | Robert G. Cutler, Esquire |
| 100 W. Monroe St., Suite 1100 | James P. Feeney, Esquire |
| Chicago, Illinois  60603 | Dykema, Gossett, Spencer, Goodnow |
| |  & Trigg |
| HARVEY LUMBER CO., ET AL. (A-4) | 2700 City National Bank Building |
| Robert S. Atkins, Esquire | Detroit, Michigan  48226 |
| Freeman, Freeman & Atkins, Ltd. | |
| 100 W. Monroe St., Suite 2100 | OLSONITE CORPORATION |
| Chicago, Illinois  60603 | Arthur Sempliner, Esquire |
| | 8801 Conant Avenue |
| YORKSHIRE APARTMENT CO., ET AL. (A-5) | Detroit, Michigan  48211 |
| Joseph B. Gildenhorn, Esquire | |
| 1101 - 17th St., N.W., Suite 406 | OSCAR L. OLSON |
| Washington, D.C.  20036 | THOMAS DAILEY |
| | A. Stewart Kerr, Esquire |
| ARTHUR A. KOBER CO., INC., ET AL. (A-6) | William Sankbiel, Esquire |
| Theodore R. Mann, Esquire | Kerr, Wattles & Russell |
| Mann and Ungar | 2100 Detroit Bank & Trust Building |
| Suite 1190, 1845 Walnut St. | Detroit, Michigan  48226 |
| Philadelphia, Pennsylvania  19103 | |
| | |
| MUSKOVITZ & PERSHIN & SONS, INC.  (A-7) | |
| Howard Silver, Esquire | |
| Sommers, Schwartz, Silver, Schwartz, | |
| Tuler & Gordon | |
| 26555 Evergreen, Suite 1800 | |
| Southfield, Michigan  48076 | |

p. _____

| Plaintiff | Defendant |
|---|---|
| B-1   CRYSTAL APARTMENTS, INC, <br>     Harold Brown, Esquire <br>     89 State Street <br>     Boston, Mass.   02109 <br><br>     Greenspan & Aurnau, Esqs. <br>     14 Mamaroneck Avenue <br>     White Plains, New York 10601 <br><br><br> B-2     Maxwell Keith, Esquire <br>     Philip Keith, Esquire <br>     50 California Street <br>     San Francisco, California   94111 | |

JP Form 3

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _184_ -- _IN RE TOILET SEAT ANTITRUST LITIGATION_

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Beatrice Foods Co. | A-1; A-2; A-3; A-4; A-5; A-6; A-7  B-1 |
| Olsonite Corp. | A-1; A-2; A-3; A-4; A-5; A-6; A-7  B-1 |
| Bemis Mfg. Co. | A-1; A-2; A-3; A-4; A-5; A-6; A-7  B-1 |
| Standard Tank & Seat Co. | A-1; A-2; A-3; A-4; A-5; A-6; A-7  B-1 |
| Oscar L. Olson | A-1; A-2; A-3; A-4 |
| Thomas Dailey | A-1; A-2; A-3; A-4 |
| John A. Corry | A-1; A-2; A-3; A-4 |
| | |
| | |
| | |